```
                                          FILED IN THE
                                      U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF WASHINGTON

                                         Apr 08, 2025
                                       SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND WETMORE-TINNEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHIEF HOOPER (Spokane County Jail), JOHN DOE (Asotin County Jail), and JOHN DOE (Washington Dept of Corrections),<br><br>　　　　Respondents. | No. 2:25-CV-00037-SAB<br><br>**ORDER DISMISSING ACTION** |

　　Petitioner Raymond Wetmore-Tinney, an individual formerly incarcerated at the Asotin County Jail[1], filed a *pro se* Petition for Writ of Habeas Corpus by a

---

[1] Mail sent to Petitioner at the Asotin County Jail was returned as undeliverable on February 24, March 11, and March 18, 2025. ECF Nos. 6, 11 and 12.  On March 5, 2025, the Court received Petitioner's notice of change of address mailed from the Washington Corrections Center on February 27, 2025, ECF No. 9, and documents were re-generated electronically to Petitioner at that location on that date. Petitioner was also advised of his obligation to comply with the E-Filing Program by submitting all future documents to be filed with this Court to the law

**ORDER DISMISSING ACTION -- 1**

Person in State Custody pursuant to 28 U.S.C. § 2254 on January 29, 2025. ECF No. 1. On February 10, 2025, Petitioner paid the $5.00 filing fee. Respondents have not been served.

On March 3, 2025, the Court instructed Petitioner to show cause within thirty days why this case should not be dismissed as premature under *Younger v Harris,* 401 U.S. 37, 41, 45 (1971). More than thirty (30) days have passed since documents were regenerated to Petitioner on March 5, 2025, and Petitioner has failed to present any facts demonstrating that he is entitled to federal intervention at this time. *See* Rule 4, Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rule 4").

Accordingly, **IT IS ORDERED:**

1. This action is dismissed as premature under Habeas Rule 4.
2. The Court certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED**.
3. Petitioner's pending Motion for Discovery, **ECF No. 5**, is **DENIED as moot.**

**IT IS SO ORDERED.** The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner and **close** the file.

**DATED** this 8th day of April 2025.



Stanley A. Bastian
Chief United States District Judge

librarian/designee for electronic filing. ECF No. 10.  Petitioner has filed nothing further in this action.

**ORDER DISMISSING ACTION -- 2**